JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL SEPULVEDA, by and through his guardian, MARIA CRISTINA BARRERA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF EL MONTE, and DOES 1 through 10,<br><br>　　　Defendants. | CV 18-7973 DSF (Ex)<br><br>Order Approving Compromise and Dismissing Action (Dkt. 48)[1] |

　　Plaintiff's unopposed motion for compromise is approved. The action is dismissed.

　　　　　IT IS SO ORDERED.

DATED: March 1, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15.  The hearing set for March 8, 2021 is removed from the Court's calendar.